# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1834
_____

WILLIAM J. BELL, JR., Former
Husband,

    Appellant,

    v.

LISA J. BELL, Former Wife,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Darlene F. Dickey, Judge.

November 21, 2025

PER CURIAM.

    AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kenneth L. Brooks, Jr. of Brooks & Associates, P.A., Milton, for Appellant.

Tonya C. Petermann of Tonya C. Petermann, P.A., Fort Walton Beach, for Appellee.